### 9787. MACKLE v. ANTHONY.

LUKE, J. .The petition as amended (which was a suit on a promissory note) was not subject to the demurrers urged, and the court did not err in overruling the general or the special demurrer.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
DECIDED OCTOBER 16, 1918.

Complaint; from city court of Atlanta—Judge Reid. April 16, 1918.

*Norman I. Miller,* for plaintiff in error.

*Virlyn B. Moore,* contra.

---

### 9841. BROCK v. MARABLE.

LUKE, J. The only issue raised by this writ of error is a question of fact. There was evidence to authorize the judgment of the trial court, and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
DECIDED OCTOBER 16, 1918.

Certiorari; from Bartow superior court—Judge Tarver. April 16, 1918.

*William T. Townsend,* for plaintiff in error.

*James R. Whitaker,* contra.